CJF4.10.19
MG USAO 2019R00141

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. DKC-19-0187 |
| BYRON KEITH GOINES, | * | (Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g); Theft of Firearms from a Federal Firearms Licensee's Inventory, 18 U.S.C. § 922(u)) |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE
(Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about January 21, 2019, in the District of Maryland, the defendant,

**BYRON KEITH GOINES,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearms, to wit: a Canik, TP9 SFX, 9mm handgun, bearing serial number 18BC13535; a Ruger, SR9C, 9mm handgun, bearing serial number 339-08475; a Glock, 41 GEN4, .45 auto handgun, bearing serial number YWF393; a Canik, TP9 SF Elite, 9x19mm handgun, bearing serial number 18BH05238; a FN, FNS-9C, 9mm handgun, bearing serial number CSU0055879; and a Canik, TP9 SFL, 9mm handgun bearing serial number 17B101600.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Theft of Firearms from a Federal Firearms Licensee's Inventory)

The Grand Jury for the District of Maryland further charges that:

On or about January 21, 2019, in the District of Maryland, the defendant,

### BYRON KEITH GOINES,

did knowingly steal and unlawfully take and carry away, from the premises of a person licensed to engage in the business of importing, manufacturing, and dealing in firearms, to wit: Tyler Firearms, located at 4367 Hollins Ferry Rd #2C, Halethorpe, MD 21227, firearms in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce.

18 U.S.C. § 922(u).

_____
ROBERT K. HUR
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
_____
Foreperson

4/11/19
_____
Date